UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  8:14-cr-220-T-30MAP

LONNIE EUGENE LEWIS, JR.

### PRELIMINARY ORDER OF FORFEITURE

The United States moves (Doc. 35) for a preliminary order of forfeiture for one CyberPower computer, Serial Number 200942/FIT8Q5, pursuant to the provisions of 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Being fully advised in the premises, the Court finds that the computer described above was used in the distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2), for which Lewis was adjudged guilty in Count One of the Indictment.  Thus, the United States has established the requisite nexus between property and the offense of conviction.  Accordingly, it is hereby

**ORDERED** that the motion (Doc. 35) of the United States is GRANTED.

Pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the CyberPower computer described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of these asset, and to adjudicate any third party claim that may be asserted in these proceedings.

**DONE AND ORDERED** in Tampa, Florida, on October 24th, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
All Parties/Counsel of Record

F:\Docs\2014\14-cr-220 money judgment.docx